Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
8100 E. Indian School Road
Suite 103
Scottsdale, AZ 85251
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff
Yolanda Ramos

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Yolanda Ramos**, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**Dental Specialty Associates, PLC,** an Arizona limited liability company; **Lior Berger,** an Arizona resident, and **Brian Lilien,** an Arizona resident,<br><br>Defendants. | Case No. CV-16-00045-PHX-SRB<br><br><br>**NOTICE OF SETTLEMENT**<br><br><br>**(Assigned to the Hon. Susan R. Bolton)** |

Plaintiff Yolanda Ramos hereby notifies the Court that the parties have reached a settlement in the above matter. A Stipulation for Dismissal will be filed with the Court once the settlement is finalized.

RESPECTFULLY SUBMITTED March 4, 2016.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
8100 E. Indian School Road
Suite 103
Scottsdale, AZ 85251
Attorneys for Plaintiff Yolanda Ramos

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Keith L. Hendricks (Bar No. 012750)
> Travys Harvey (Bar No. 024614)
> **MOYES SELLERS & HENDRICKS**
> 1850 North Central Avenue, Suite 1100
> Phoenix, Arizona 85004
> Telephone: (602) 604-2141
> khendricks@law-msh.com
> tharvey@law-msh.com
> *Attorneys for Defendants*