# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yolanda Ramos, | No. CV-16-00045-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Dental Specialty Associates PLC, et al., | |
| Defendants. | |

On March 8, 2016, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 30 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

Dated this 11th day of April, 2016.

Susan R. Bolton
United States District Judge